

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00056-CV

**SOUTHWEST HOMES, INC.,**
**THE HOMEBUILDERS GROUP, INC.,**
**AND ROGER WILLIAMS, INDIVIDUALLY,**

                                                    **Appellants**

 **v.**

**DANNY CONNER AND JAN CONNER,**

                                                    **Appellees**

**From the 82nd District Court**
**Robertson County, Texas**
**Trial Court No. 03-01-16633-CV**

## MEMORANDUM OPINION

Appellants have filed a "Motion to Dismiss Appeal." *See* TEX. R. APP. P. 42.1(a)(1). It states that "this case has been settled between all parties and the appeal should be dismissed."

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The appeal is dismissed.

                                                    PER CURIAM

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed December 31, 2008
[CV06]